**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: APPLICATION OF JOSH
SHAPIRO, ATTORNEY GENERAL OF
THE COMMONWEALTH OF
PENNSYLVANIA, REQUESTING AN
ORDER DIRECTING THAT AN
ADDITIONAL MULTICOUNTY
INVESTIGATING GRAND JURY HAVING
STATEWIDE JURISDICTION BE
CONVENED

: No. 43 WM 2019
:
:
:
:
:
:
:
:

## ORDER

**AND NOW**, this 23rd day of December, 2020, upon notification that the Honorable Jeffrey A. Manning, Judge of the Court of Common Pleas, Fifth Judicial District, Allegheny County, Pennsylvania, is unavailable to continue serving in his role as Supervising Judge of the Forty-Sixth Statewide Investigating Grand Jury, the order of June 28, 2019, is AMENDED as follows:

1. The Honorable Anthony M. Mariani, Judge of the Court Common Pleas, Fifth Judicial District, Allegheny County, Pennsylvania, is appointed Supervising Judge of the Forty-Sixth Statewide Investigating Grand Jury, effective December 24, 2020.

2. Upon Judge Mariani assuming the role of Supervising Judge, Judge Manning's service as Supervising Judge shall cease.

3. Upon Judge Mariani assuming the role of Supervising Judge, all pending and prospective applications and motions relating to the work of the Forty-Sixth Statewide Investigating Grand Jury—including motions for disclosure of grand jury transcripts and evidence—shall be presented to him.  With respect to investigations, presentments, reports, and all other proper activities of the Forty-Sixth Statewide Investigating Grand Jury, Judge Mariani, as Supervising Judge, shall have jurisdiction over all counties

throughout the Commonwealth of Pennsylvania. Judge Mariani may temporarily designate another jurist who has been appointed by this Court as the Supervising Judge of a multicounty investigating grand jury having statewide jurisdiction to serve as Acting Supervising Judge of the Forty-Sixth Statewide Investigating Grand Jury when Judge Mariani is absent or otherwise unavailable.

4. Judge Mariani shall maintain control of transcripts and evidence, as provided by Rule 229 of the Pennsylvania Rules of Criminal Procedure, including determining the manner and location of the storage of transcripts. Judge Mariani shall control disclosure of matters occurring before the Forty-Sixth Statewide Investigating Grand Jury, as provided by 42 Pa.C.S. § 4549.

5. Judge Mariani shall have the same duties and powers relating to maintaining grand jury secrecy with respect to each expired multicounty investigating grand jury having statewide jurisdiction that had been convened in Allegheny County or any other county identified in Rule 241(C)(4) of the Pennsylvania Rules of Criminal Procedure.

6. In all other respects, the order of June 28, 2019, shall remain in full force and effect as originally issued.

THOMAS G. SAYLOR
Chief Justice of Pennsylvania